Ashkan Shakouri, Bar No. 242072
ash@shakourilawfirm.com
**SHAKOURI LAW FIRM**
11601 Wilshire Blvd., Fifth Floor
Los Angeles, CA 90025
Telephone: (310) 575-1827

Attorneys for Plaintiff
NAGWA KHILLA

Apalla U. Chopra, Bar No. 163207
achopra@omm.com
Andrew M. Lichtenstein, Bar No. 279297
alichtenstein@omm.com
Racquel B. Martin, Bar No. 331385
rmartin@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6198
Facsimile: (213) 430-6407

Attorneys for Co-Defendant
JANSSEN PHARMACEUTICALS, INC.

Lyne A. Richardson CA Bar No. 143566
lyne.richardson@ogletree.com
Brittney L. Turner CA Bar No. 319818
brittney.turner@ogletree.com
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
19191 S. Vermont Avenue, Suite 950
Torrance, CA 90502
Telephone: 310-217-8191
Facsimile: 310-217-8184

Attorneys for Defendant PHARMACEUTICAL
RESEARCH ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAGWA KHILLA,<br><br>  Plaintiff,<br><br>  v.<br><br>JANSSEN PHARMACEUTICALS, INC.; PHARMACEUTICAL RESEARCH ASSOCIATES, INC.; and DOES 1-20, Inclusive,<br><br>  Defendant. | Case No. 2:20-cv-11524 DMG (Ex)<br><br>**DISCOVERY MATTER**<br><br>**ORDER FOR STIPULATED PROTECTIVE ORDER**<br><br><br><br>Complaint Filed: October 23, 2020<br>Trial Date: February 8, 2022 |

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED THAT THE PARTIES STIPULATED PROTECTIVE ORDER FILED ON MAY 10, 2021 IS GRANTED.**

DATED: 5/10/2021         /s/ CHARLES F. EICK
                         HONORABLE CHARLES F. EICK
                         UNITED STATES MAGISTRATE JUDGE