**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAGWA KHILLA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JANSSEN PHARMACEUTICALS, INC.; PHARMACEUTICAL RESEARCH ASSOCIATES, INC.; and DOES 1–20, Inclusive,<br><br>　　　　　　Defendants. | Case No.: CV 20-11524-DMG (Ex)<br><br>**ORDER RE STIPULATION TO VOLUNTARILY DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) [27]** |

On November 10, 2021, the parties filed their Stipulation to Voluntarily Dismiss Case Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party responsible for their own attorneys' fees and costs.

Accordingly, pursuant to the parties' Stipulation and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All scheduled dates and deadlines are VACATED.

DATED: November 12, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE